LESTER C. NEWTON TRUCKING CO. ET AL. *v.*
UNITED STATES ET AL.

No. 768. Decided April 15, 1963.

*H. Charles Ephraim* for appellants.

*Solicitor General Cox, Assistant Attorney General Loevinger, Lionel Kestenbaum, Robert W. Ginnane* and *Fritz R. Kahn* for the United States and the Interstate Commerce Commission; *R. Edwin Brady, Harry J. Breithaupt, Jr., T. Randolph Buck, Carl Helmetag, Jr., James G. Lane* and *J. Edgar McDonald* for the Association of American Railroads et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

JOHNSON *v.* MISSISSIPPI.

No. 853. Decided April 15, 1963.

*E. H. Cunningham, Jr.* for appellant.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.